IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**GREGORY LEE, AIS #184070**          :

    **Plaintiff,**                :

vs.                                   :    CA 10-0379-CG-C

**SHIRLEY SMITH,**                    :

    **Defendant.**               :

## ORDER

After due and proper consideration of all portions of this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 22, 2011 (Doc. 8), is **ADOPTED** as the opinion of this court.

**DONE** and **ORDERED** this the 16th day of September, 2011.

                                         /s/ Callie V. S. Granade
                                         UNITED STATES DISTRICT JUDGE