IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY LEE, AIS #184070** | : |
| Plaintiff, | : |
| vs. | :    CA 10-0379-CG-C |
| **SHIRLEY SMITH,** | : |
| Defendant. | : |

# JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that this action is DISMISSED without prejudice pursuant ot 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the 16th day of September, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE